### MEASURE against HAUGHTON

William Measure plaint. ag$^t$ Robert Haughton Defend$^t$ in an action of the case for that hee the s$^d$ Haughton did sell unto the saide Measure $\frac{16}{32}$ parts of the Catch Hopewell (of w$^{ch}$ hee the s$^d$ Haughton was late Master) for Fifty five tonns & upon the Measure & calculation of the same, her burthen appeares to bee but Forty Seven tonns or thereabouts whereby the s$^d$ Measure is damnified to the value of thirty pounds or thereabouts with all other due damages according to attachm$^t$ dat. July: 22° 1675. . . . The Jury . . . founde for the Defend$^t$ costs of Court.

### HAUGHTON ag$^t$ MEASURE

Robert Haughton plaint. ag$^t$ William Measure Defend$^t$ according to attachm$^t$ dat. 25° June: 1675.

The case having been heard in the Court of Admiralty
The Court declared the accion fell.

[The papers of this case are in S. F. 1425.]

### BATT ag$^t$ WELDS

Timothy Batt plaint. ag$^t$ Thomas Welds Defend$^t$ in an action of debt of Eight pounds eight Shillings & ten pence in mony due by booke & all due damages according to attachm$^t$ dat. July: 19° 1675. . . . The Jury . . . founde for the plaint: Eight pounds Eight Shillings & four pence in mony & costs of Court. The Defend$^t$ appealed from this judgement unto the next Court of Assistants & himselfe principall in Sixteen pounds & Tho. More & Jn° Synderland as Sureties in £.8. apeice acknowledged themselves respectiuely bound to . . . prosecute his appeale . . .

[ Copies of attachment, of agreement by John Wells, of Newbury, house-carpenter, to frame three shops for Timothy Batt for 12$l$ 10$s$, of extracts from Batt's books respecting payments in goods to Wells, and of various depositions, are in S. F. 1402.1, 2, 5–7. The following, in no. 7, is a sample:

The deposition of Edward Mortimore aged. 23. yeares or thereabouts testifieth
That this depon$^t$ being in Timothy Batts Shop sometime in March last heard the s$^d$ Batt Say that Thomas Wells had taken up Eight pounds in goods of him as J understood upon his brother John Wells his account, and the s$^d$ Batt asked this deponent whither if Batt Sued Thomas Wells for the goods that hee had